IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01437-MEH

MATTHEW WHITFIELD,

    Plaintiff,

v.

WHITING PETROLEUM CORP.,
KEVIN S. MCCARTHY,
JANET L. CARRIG,
SUSAN M. CUNNINGHAM,
PAUL J. KORUS,
LYNN A. PETERSON,
DANIEL J. RICE, and
ANNE TAYLOR,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Plaintiff's Notice of Voluntary Dismissal [filed July 28, 2022; ECF 5]. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss "an action" without a court order upon the filing of "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Unless such a notice specifies otherwise, "the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Here, no Defendant has filed an answer or a motion for summary judgment. Therefore, this case was **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own fees and costs, upon the filing of the Notice. No order of dismissal is necessary.

Dated and entered at Denver, Colorado, this 29th day of July, 2022.

                                              BY THE COURT:

*Michael E. Hegarty*

                                              Michael E. Hegarty
                                              United States Magistrate Judge